1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. 19CR5189-JLS |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER TO CONTINUE** |
| **EDUARDO RUIZ-VARGAS,** | ) | **MOTION HEARING/TRIAL SETTING** |
| **Defendant.** | ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motions hearing/trial setting is continued from December 11, 2020 to January 22, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:   December 9, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge